
RECEIVED
JUN 0 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 96-60031-008 |
| VERSUS | JUDGE DOHERTY |
| ISAAC JEROME HAYES | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to Magistrate Judge C. Michael Hill for a Revised Report and Recommendation, which was filed on January 24, 2006. After an independent review of the entire record as well as the objections filed by Mr. Hayes, and considering the Memorandum Ruling issued on June 6, 2006,

IT IS HEREBY ORDERED that Isaac Jerome Hayes' § 2255 Motion is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, this ___ day of June, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE